UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIO CESAR LABADY MAZA,

    Plaintiff,

v.

ROBERT LYNCH, et al.,

    Defendants.
_____/

Case No. 1:25-cv-1652

HONORABLE PAUL L. MALONEY

**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS PETITION**

Pending before the Court is Petitioner's motion to voluntarily dismiss petition for habeas corpus (ECF No. 4). Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion to voluntarily dismiss petition for habeas corpus (ECF No. 4) is GRANTED for the reasons stated in the motion.

Dated: December 17, 2025

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge