UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIO CESAR LABADY MAZA,

    Plaintiff,

v.

ROBERT LYNCH, et al.,

    Defendants.
_____/

Case No. 1:25-cv-1652

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order of Dismissal entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered

Dated: December 17, 2025

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge